FILED

MAY - 1 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:25 CR 00207 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| DEJON BOONE, | ) | Sections 922(g)(1) and |
| | ) | 924(a)(8) |
| Defendant. | ) | |

**JUDGE POLSTER**

COUNT 1
(Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about August 9, 2024, in the Northern District of Ohio, Eastern Division, Defendant DEJON BOONE, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault, on June 25, 2019, in case number 18CR098992, in Lorain County Common Pleas Court, Felonious Assault, on June 25, 2019, in case number 18CR099156, in Lorain County Common Pleas Court and Robbery, on May 6, 2022, in case number 21CR104454, in Lorain County Common Pleas Court, knowingly possessed in and affecting interstate commerce ammunition, to wit: five (5) Sig Saur brand, 9mm cartridge casings, bearing headstamp "Sig 9mm Luger," and one (1) Blazer brand, 9mm cartridge casing, bearing headstamp "Blazer 9mm Luger," said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.